# akerman

**MEMO ENDORSED**

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

October 3, 2022

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Roberts v. Mount Sinai Hospital
      **22 Civ. 4001 (ER)**

Dear Judge Ramos:

On behalf of our client, The Mount Sinai Hospital, we write regarding the automatic mediation referral in this case.  The parties jointly agree that mediation at this time will not result in a settlement.  Accordingly, the parties request that the Court cancel the referral to mediation.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc:   Steven M. Warshawsky, Esq., Counsel for Plaintiff (via ECF and via e-mail)
      Michael Leo, Esq., Mediator (via e-mail)
      Mediation Office (via e-mail)

akerman.com

---

The application to withdraw the mediation referral order is granted.  An initial conference will be held on November 3, 2022 at 3:30 p.m. by telephone.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.  The parties are directed to complete the attached Civil Case Discovery Plan and Scheduling Order submit it prior to to the conference.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  10/5/2022
New York, New York