UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA D. ROBERTS,

          Plaintiff,

– against –

MOUNT SINAI HOSPITAL,

          Defendant.

**ORDER**

22 Civ. 4001 (ER)

Ramos, D.J.:

    On January 17, 2023, Angela Roberts served non-parties Montefiore Medical Center ("Montefiore") and Optum Medical Care, PC ("Optum") with identical subpoenas for the production of documents. *See* Docs. 25, 26.

    Before the Court is Montefiore's motion to quash the subpoena, and the letter of Optum, seeking the same relief. *See* Docs. 32, 40. For the reasons set forth on the record during the telephonic conference held on March 7, 2023, the subpoenas are quashed, and Montefiore's motion is dismissed as moot.

    The Clerk of Court is respectfully directed to terminate the motion, Doc. 32.

    It is SO ORDERED.

Dated:  March 8, 2023
          New York, New York

                                                        Edgardo Ramos, U.S.D.J.